**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| FLEXUSPINE, INC., | § § § | |
| *Plaintiff*, | § § | Case No. 6:15-cv-201-JRG-KNM |
| v. | § § | |
| GLOBUS MEDICAL, INC., | § § § | |
| *Defendant*. | § § | |

## FINAL JUDGMENT

A jury trial commenced in this case on August 15, 2016, and the jury reached and returned its verdict on August 19, 2016 (Dkt. No. 237). The jury reached a verdict unanimously finding no infringement. Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendant Globus Medical, Inc. does not infringe any of the asserted claims of U.S. Patent No. 7,204,853 and U.S. Patent No. 7,316,714 (the "asserted patents").

2. Defendant Globus Medical is the prevailing party, and as the prevailing party shall recover its costs from Flexuspine, Inc.

3. Any and all pending motions are **DENIED**.

**So ORDERED and SIGNED this 23rd day of August, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE